FILED
CLERK, U.S. DISTRICT COURT

1/9/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.,<br><br>Defendants. | Case No. 2:22-cv-06776-MCS-PD<br><br>**VERDICT FORM**<br><br>(REDACTED) |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

WE, THE JURY, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

VERDICT FORM
Page 2

## I.

## FAIR CREDIT REPORTING ACT

1. Did Specialized Loan Servicing, LLC ("SLS") violate the Fair Credit Reporting Act?

Yes _____                              No \_\_X\_\_

*If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," proceed to Section II.*

2. Did Daniels suffer actual damages (not including attorney's fees) from SLS's violation of the Fair Credit Reporting Act?

Yes _____            No _____

*If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," proceed to Section II.*

3. Did Daniels mitigate his damages?

Yes _____            No _____

*If your answer to Question 3 is "Yes," proceed to Question 4. If your answer to Question 3 is "No," proceed to Section II.*

4. Did SLS maintain reasonable policies and procedures for credit reporting?

Yes _____            No _____

*If your answer to Question 4 is "Yes," proceed to Section II. If your answer to Question 4 is "No," proceed to Question 5.*

---

VERDICT FORM

Page 3

5. Did the violation occur prior to September 20, 2017?

Yes _____          No _____

*If your answer to Question 5 is "Yes," proceed to Section II. If your answer to Question 5 is "No," proceed to Question 6.*

6. Did Daniels discover, or reasonably should have discovered, the violation prior to September 20, 2020?

Yes _____          No _____

*If your answer to Question 6 is "Yes," proceed to Section II. If your answer to Question 6 is "No," proceed to Question 7.*

7. Did Daniels act with unclean hands?

Yes _____          No _____

*If your answer to Question 7 is "Yes," proceed to Section II. If your answer to Question 7 is "No," proceed to Question 8.*

8. What are Daniels' actual damages (not including attorneys' fees) from SLS's violation of the Fair Credit Reporting Act?

$ _____

*Proceed to Question 9.*

9. Was SLS's violation of the Fair Credit Reporting Act willful?

Yes _____          No _____

*If your answer to Question 9 is "Yes," proceed to Question 10. If your answer to Question 9 is "No," proceed to Section II.*

VERDICT FORM

Page 4

10. What are Daniels' actual damages (not including attorneys' fees) from Defendant SLS's willful violation of the Fair Credit Reporting Act?

$ _____ (fill in the amount of actual damages from response to Question 3 OR statutory damages of not less than $100 and not more than $1,000)

*Proceed to Question 11.*

11. Do you find that Daniels should be awarded punitive damages (not including attorneys fees)?

Yes _____          No _____

*If your answer to Question 11 is "Yes," proceed to question 12. If your answer to Question 11 is "No," proceed to Section II.*

12. What punitive damages (not including attorneys' fees) do you award against SLS for its willful violation of the Fair Credit Reporting Act?

$ _____

*Proceed to Section II.*

VERDICT FORM
Page 5

## II.

## CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT

13. Did Specialized Loan Servicing, LLC ("SLS") violate the California Consumer Credit Reporting Agencies Act?

Yes _____          No __X__

*If your answer to Question 13 is "Yes," proceed to Question 14. If your answer to Question 13 is "No," proceed to Section III.*

14. Did the violation occur prior to September 20, 2015?

Yes _____          No _____

*If your answer to Question 14 is "Yes," proceed to Section III. If your answer to Question 14 is "No," proceed to Question 15.*

15. Did Daniels discover, or reasonably should have discovered, the violation prior to September 20, 2020?

Yes _____          No _____

*If your answer to Question 15 is "Yes," proceed to Section III. If your answer to Question 15 is "No," proceed to Question 16.*

16. Did Daniels act with unclean hands?

Yes _____          No _____

*If your answer to Question 16 is "Yes," proceed to Section III. If your answer to Question 16 is "No," proceed to Question 17.*

VERDICT FORM
Page 6

17. Did Daniels suffer actual damages (not including attorneys' fees) from SLS's violation of the California Consumer Credit Reporting Agencies Act?

Yes _____          No _____

*If your answer to Question 17 is "Yes," proceed to Question 18. If your answer to Question 17 is "No," proceed to Section III.*

18. Did Daniels mitigate his damages?

Yes _____          No _____

*If your answer to Question 18 is "Yes," proceed to Question 19. If your answer to Question 18 is "No," proceed to Section III.*

19. Did SLS maintain reasonable policies and procedures for credit reporting?

Yes _____          No _____

*If your answer to Question 19 is "Yes," proceed to Section III. If your answer to Question 19 is "No," proceed to Question 20.*

20. What are Daniels' actual damages from SLS's violation of the California Consumer Credit Reporting Agencies Act?

$ _____

*Proceed to Section III.*

VERDICT FORM
Page 7

## III.

## BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING—DEED OF TRUST

21. Did Daniels provide U.S. Bank with notice of his claim for breach of the implied covenant of good faith and fair dealing and afford U.S. Bank an opportunity to take corrective action?

Yes _____        No __X__

*If your answer to Question 21 is "Yes," proceed to Question 22. If your answer to Question 21 is "No," proceed to Section IV.*

22. Did U.S. Bank breach the implied covenant of good faith and fair dealing related to the Deed of Trust?

Yes _____        No _____

*If your answer to Question 22 is "Yes," proceed to Question 23. If your answer to Question 23 is "No," proceed to Section IV.*

23. Did the breach occur before April 19, 2020?

Yes _____        No _____

*If your answer to Question 23 is "Yes," proceed to Section IV. If your answer to Question 23 is "No," proceed to proceed to Question 24.*

24. Did Daniels act with unclean hands?

Yes _____        No _____

VERDICT FORM

Page 8

*If your answer to Question 24 is "Yes," proceed to Section IV. If your answer to Question 24 is "No," proceed to Question 25.*

25. Did Daniels suffer actual damages from U.S. Bank's breach of the implied covenant of good faith and fair dealing related to the Deed of Trust?

Yes _____        No _____

*If your answer to Question 25 is "Yes," proceed to Question 26. If your answer to Question 25 is "No," proceed to Section IV.*

26. Did Daniels mitigate his damages?

Yes _____        No _____

*If your answer to Question 26 is "Yes," proceed to Question 27. If your answer to Question 26 is "No," proceed to Section IV.*

27. What are Daniels' actual damages (not including attorney's fees) from U.S. Bank's breach of the implied covenant of good faith and fair dealing related to the Deed of Trust?

$ _____

*Proceed to Section IV.*

VERDICT FORM
Page 9

## IV.

## BREACH OF CONTRACT—2014 SETTLEMENT AGREEMENT

28. Did SLS breach the 2014 Settlement Agreement?

   Yes _____     No __X__

*If your answer to Question 28 is "Yes," proceed to Question 29. If your answer to Question 28 is "No," proceed to Section V.*

29. Did the breach occur before September 20, 2018?

   Yes _____     No _____

*If your answer to Question 29 is "Yes," proceed to Section V.  If your answer to Question 29 is "No," proceed to proceed to Question 30.*

30. Did Daniels act with unclean hands?

   Yes _____     No _____

*If your answer to Question 30 is "Yes," proceed to Section V. If your answer to Question 30 is "No," proceed to Question 31.*

31. Did Daniels suffer actual damages (not including attorneys' fees) from SLS's breach of the 2014 Settlement Agreement?

   Yes _____     No _____

*If your answer to Question 31 is "Yes," proceed to Question 32. If your answer to Question 31 is "No," proceed to Section V.*

VERDICT FORM
Page 10

32. Did Daniels mitigate his damages?

      Yes _____            No _____

*If your answer to Question 32 is "Yes," proceed to Question 33. If your answer to Question 32 is "No," proceed to Section V.*

33. What are Daniels' actual damages (not including attorneys' fees) from SLS's breach of the 2014 Settlement Agreement?

      $ _____

*Proceed to Section V.*

<u>**V.**</u>

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Marshal that you have reached a verdict. The verdict form should then be placed in the envelope that has been provided to you. The Presiding Juror should keep possession of the envelope and bring it into the Courtroom when the jury returns there with the Marshal.

Date: 1/9/2026

By: REDACTED
Presiding Juror

VERDICT FORM
Page 12