**JS-6**

**<u>SEE CHANGES MADE BY THE COURT</u>**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. DANIELS,<br><br>    Plaintiff,<br><br>  v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | Case No. 2:22-cv-06776-MCS-PD<br><br>**JUDGMENT** |

1

Following a ruling on SPECIALIZED LOAN SERVICING, LLC and U.S. BANK, N.A., as trustee for Chevy Chase Bank Funding, LLC's (collectively "Defendants") Motion for Partial Summary Judgment and subsequent briefing, as well as a unanimous jury verdict rendered in favor of Defendants on the remaining claims on January 9, 2026, the Court issues judgment as follows:

1. Judgment is entered in favor of Defendants and against Plaintiff Robert N. Daniels ("Plaintiff") on the following claims:

Claim No. 1: Willful Violation of the Fair Credit Reporting Act;

Claim No. 2: Negligent Violation of the Fair Credit Reporting Act;

Claim No. 3: Violation of the Truth in Lending Act;

Claim No. 4: Violation of the Truth in Lending Act;

Claim No. 5: Willful Violation of the California Consumer Credit Reporting Agencies Act;

Claim No. 6: Negligent Violation of the California Consumer Credit Reporting Agencies Act;

Claim No. 7: Violations of the Homeowner's Bill of Rights;

Claim No. 8: Violations of the Rosenthal Fair Debt Collection Practices Act;

Claim No. 9: Violations of the California Unfair Competition Law;

Claim No. 10: Breach of Written Contract (Deed of Trust);

Claim No. 11: Breach of Written Contract (Deed of Trust);

Claim No. 12: Breach of the Implied Covenant of Good Faith and Fair Dealing (Deed of Trust);

Claim No. 13: Breach of the Implied Covenant of Good Faith and Fair Dealing (Deed of Trust);

Claim No. 14: Breach of Written Contract (Settlement Agreement);

Claim No. 15: Breach of the Implied Covenant of Good Faith and Fair Dealing (Settlement Agreement);

Claim No. 16: Declaratory Relief

2.     Plaintiff shall take nothing by way of the above-entitled Action or the Third Amended Complaint from Defendants.

~~3.     Defendants may move to seek attorneys' fees and costs under any applicable law and/or contract, which Plaintiff may oppose.~~

~~4.     This Judgment may be amended to include any attorneys' fees and costs awarded pursuant to subsequent order of the Court;~~

5.     The Court retains jurisdiction of this matter for purposes of judgment enforcement and any post-trial motions.

6.     **Consistent with the Court's order on Defendants' motion for attorneys' fees and costs (ECF No. 335), Defendants are entitled to recover $836,300.82 in fees and $140,644.55 in costs.**

**IT IS SO ORDERED.**

Dated: May 28, 2026

_Mark C. Scarsi_
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

3